UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RALEIGH LIMITED, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE OHIO SECURITY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No.   1:20-cv-2749 |

## NOTICE OF REMOVAL

Defendant, Ohio Security Insurance Company ("Ohio Security"), by its counsel, submits this Notice to remove this action pursuant to the provisions of 28 U.S.C. §1441 *et seq*. In support of its Notice of Removal, Ohio Security states as follows:

1. This cause is now pending under the name and style <u>Raleigh Limited, Inc. v. The Ohio Security Insurance Company</u>, under Cause No. 49D01-2009-PL-034250 in the Superior Court of Marion County, Indiana ("the State Court Action"). The State Court Action is a declaratory relief and breach of contract action in which Plaintiff alleges loss of business income and requests coverage for the Plaintiff und and an insurance policy issued by Ohio Security. The State Court Action was initiated by the filing of a Complaint on September 30, 2020, with service thereafter made on Ohio Security on October 1, 2020. This Notice is therefore timely pursuant to 28 U.S.C. §1446(b)(2).

2. This matter is a civil action for which the District Court of the United States has original jurisdiction because there exists diversity of citizenship between the Plaintiff and the Defendant as provided in 28 U.S.C. §1332 and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Accordingly, this action is removable to this Court

pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, see Complaint in the State Court Action, ¶¶2 and 3.

3. This action involves a controversy between citizens of different states.

4. Plaintiff Raleigh Limited, Inc. was at the time of commencement of the State Court Action and currently is a corporation duly organized and existing under the law of the State of Indiana, with its principal place of business in Indianapolis, Indiana, in Marion County, Indiana. Raleigh is a citizen of Indiana.

5. Ohio Security was at the time of commencement of the State Court Action, a company duly organized and existing under the laws of New Hampshire with its principal place of business in Boston, Massachusetts. Ohio Security is a citizen of a state other than the State of Indiana.

6. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. While the Complaint in the State Court Action does not specify an exact amount of alleged damages, counsel for Plaintiff Raleigh Limited, Inc stated in a letter to Ohio Security on July 7, 2020 that the business income loss in dispute for which insurance coverage is sought exceeds $500,000.

8. Removal of such action or proceeding to the United States District Court is timely pursuant to 28 U.S.C. §1446 because this Notice of Removal has been filed within 30 days after the service of Summons and Complaint.

9. Pursuant to the provisions of 28 U.S.C. §1446, Ohio Security attaches herewith and incorporates herein all filings made in the State Court Action in the Superior Court of Marion County, Indiana labeled as Exhibit A.

10.    For the Court's convenience, the Complaint in the State Court Action is separately attached hereto as Exhibit B.

11.    Ohio Security is entitled to have this cause removed from the Superior Court of Marion County to the United States District Court for the Southern District of Indiana, the federal district wherein said State Court Action is pending.

12.    Written notice of the filing of this Notice of Removal has been given to the adverse party as required by law. Upon receiving a file-marked copy of this Notice, Ohio Security will file with the Clerk of the Superior Court of Marion County, Indiana a copy of the Notice as provided by law in the form submitted herewith as Exhibit C.

WHEREFORE, Defendant The Ohio Security Insurance Company gives notice that this action is removed to this Court and asks that this Court accept jurisdiction of this action and place on the docket as if this action had originally been instituted in this Court.

    KIGHTLINGER & GRAY, LLP

By:    */s/ Ginny L. Peterson*
Ginny L. Peterson
Attorney I.D. No. 20305-41
*Attorneys for Defendant, The Ohio Security Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2020, the foregoing was electronically filed with the U.S. District Court and was served – through the Court's E-Filing system – on the following:

    George M. Plews, Atty. No. 6274-49
    Tonya J. Bond, Atty. No. 24802-49
    Joanne R. Sommers, Atty. No. 32740-49
    Plews Shadley Racher & Braun LLP
    1346 North Delaware Street
    Indianapolis, Indiana 46202

                                      */s/ Ginny L. Peterson*
                                      Ginny L. Peterson

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
gpeterson@k-glaw.com