# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RALEIGH LIMITED, INC., | |
| Plaintiff, | CASE NO. 1:20-CV-02749-SEB-DLP |
| v. | |
| THE OHIO SECURITY INSURANCE COMPANY, | |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Raleigh Limited, Inc. hereby files this notice of dismissal without prejudice.

Respectfully submitted,

/s/   *Joanne R. Sommers*
Attorneys for Raleigh Limited, Inc.

George M. Plews, Atty. No. 6274-49
Tonya J. Bond, Atty. No. 24802-49
Joanne R. Sommers, Atty. No. 32740-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, Indiana  46202
Tel: (317) 637-0700
Fax: (317) 637-0710

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of October, 2020, a true and correct copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Ginny L. Peterson
>Kightlinger & Gray LLP
>One Indiana Square, Sutie 300
>211 N. Pennsylvania Street
>Indianapolis, IN 46204
>gpeterson@k-glaw.com

/s/     *Joanne R. Sommers*