UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RALEIGH LIMITED, INC.,

    Plaintiff,

v.

THE OHIO SECURITY INSURANCE COMPANY,

    Defendant.

CASE NO.  1:20-CV-02749-SEB-DLP

> Acknowledged.
>
> This action is hereby dismissed without prejudice.
>
> Date: 10/27/2020
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Raleigh Limited, Inc. hereby files this notice of dismissal without prejudice.

Respectfully submitted,

/s/     *Joanne R. Sommers*
Attorneys for Raleigh Limited, Inc.

George M. Plews, Atty. No. 6274-49
Tonya J. Bond, Atty. No. 24802-49
Joanne R. Sommers, Atty. No. 32740-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, Indiana  46202
Tel: (317) 637-0700
Fax: (317) 637-0710